# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 347 MAL 2024 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 1463 MDA |
| | : | 2023 entered on July 2, 2024, |
| SAMANTHA MARIE LONG, | : | **affirming** the Judgment of Sentence |
| | : | of the Cumberland County Court of |
| Petitioner | : | Common Pleas at No. CP-21-CR- |
| | : | 0000186-2023 entered on |
| | | September 12, 2023 |

## ORDER

**PER CURIAM**                                                    **DECIDED: June 25, 2025**

**AND NOW**, this 25th day of June, 2025, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Shifflett*, __ A.3d __, 2025 WL 1535292 (Pa. filed May 30, 2025).